**Order entered April 25, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00469-CV

**MARVIN BROCK, Appellant**

**V.**

**R.J.T. PROPERTY AND MANAGEMENT LLC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-01265-B**

## ORDER

The Court is in receipt of Rachel L. Brock's notice of bankruptcy case filing. Pursuant to Texas Rule of Appellate Procedure 8.2, further action in this cause is automatically suspended. *See* Tex. R. App. P. 8.2. Accordingly, for administrative purposes, this cause is **ABATED** and treated as a closed case. It may be reinstated on motion by any party showing, in accordance with rule of appellate procedure 8.3, that the appeal is permitted by federal law or the bankruptcy court. *See id.* 8.3.

/s/     CRAIG STODDART
          JUSTICE